IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-909-JLK**

**PATRICK WESLEY,**

    Plaintiff,

v.

**BUREAU OF COLLECTION RECOVERY, LLC,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Stipulated Motion for Protective Order *re Confidentiality* (doc. #10), filed September 24, 2010, is DENIED with leave to re-file to include the following information: in the last sentence of Paragraph 2 in our form protective order it says **"(Here enter precise categories of data (materials) sought to be protected and basis for treating as confidential information, e.g., trade secrets, etc.)"**.

Dated: September 27, 2010