IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00909-JLK-CBS

PATRICK WESLEY,

    Plaintiff,

v.

BUREAU OF COLLECTION RECOVERY, LLC, a Minnesota limited liability company,

    Defendant.

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff and the Defendant, by and through their counsel of record and for their Notice of Settlement, hereby state:

1. The Plaintiff and the Defendant have reached a settlement.

2. The parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the settlement document has been executed by the parties and delivered to all counsel and the settlement terms have been completed by the parties. The parties expect this to happen by November 19, 2010.

Dated: November 4, 2010.

Respectfully Submitted,

s/ David M. Larson  
_____  
David M. Larson, Esq.  
405 S. Cascade Avenue, Suite 305  
Colorado Springs, Colorado 80903  
Telephone: (719) 473-0006  
Attorney for the Plaintiff

s/ Joseph J. Lico  
_____  
Joseph J. Lico, Esq.  
Adam L. Plotkin, PC  
621 17th St., Suite 1800  
Denver, CO 80293  
Telephone: (303) 302-6864  
Attorney(s) for the Defendant