**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:**  10-cv-00909-JLK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:**   November 9, 2010 | **Courtroom Deputy:**  Linda Kahoe |

PATRICK WESLEY,              David Michael Larson
    Plaintiff,

   v.

BUREAU OF COLLECTION RECOVERY, LLC,       Joseph J. Lico
    Defendant.                         Steven J. Wienczkowski

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:      8:07 a.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Defendant's Motion for Sanctions Pursuant to Fed.R.Civ.P.37(c)(1), doc #[14], filed 10/13/2010.

The court states it will redraft its standard Order requiring the parties to have a Rule 26(f) conference.  The Order will require that all tapes be automatically produced under Rule 26(a), regardless of the intent.  There will be no exception for impeachment evidence.

**ORDERED:**  Defendant's Motion for Sanctions Pursuant to Fed.R.Civ.P.37(c)(1), doc #[14], is **DENIED WITHOUT PREJUDICE.  The Defendant may re-file should the settlement not be concluded.**

Discussion regarding the release agreement.

**COURT IN RECESS** for counsel discussion:   **8:45 a.m.**
**COURT IN SESSION:   8:59 a.m.**

Counsel state they will continue working on the releases.

**ORDERED:**  A Stipulated Motion to Dismiss is due no later than **NOVEMBER 30, 2010.**  If the parties are unable to reach an agreement regarding the scope and the language of a release, counsel shall contact chambers on Monday morning, **NOVEMBER 15, 2010** and the matter will be set for a Settlement Conference.  Client representative will be required to be physically present.  At that Conference, the court will negotiate the settlement agreement with the parties.

HEARING CONCLUDED.
**Court in recess**:       **9:02 a.m.**
Total time in court:    00:41

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.